UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:21-cr-18-TPB-KCD

ALEX WINTERS

**ORDER**

The Court previously denied Defendant's motion to appoint counsel for his appeal. (Doc. 153.) Defendant now asks the Court to reconsider its decision. (Doc. 155.) But Defendant's request is now moot since the Eleventh Circuit dismissed his appeal. (Doc. 156.) Accordingly, Defendant's latest motion seeking reconsideration (Doc. 155) is **DENIED**.

**ORDERED** on July 23, 2024.

Kyle C. Dudek
United States Magistrate Judge